| | AUSA: | Andrew Picek | Telephone: | (313) 226-9100 |
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: | Shaun Kahanec, FBI | Telephone: | (313) 426-3866 |

# UNITED STATES DISTRICT COURT
for the

### Eastern District of Michigan

United States of America
   v.

Corey Alexander Mills

Case No. 21-30004
Judge: Unassigned
Filed: January 6, 2021 at 1:02 pm
CMP USA v Mills

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ December 1, 2020 _____ in the county of _____ Wayne _____ in the
_____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. §922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:
See attached affidavit

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Shaun Kahanec, FBI, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date:  January 6, 2021

City and state:  Detroit, Michigan

_____
*Judge's signature*

Hon. Curtis Ivy, Jr., United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Shaun Kahanec, having been duly sworn, state as follows:

1.      I am a Special Agent with the Federal Bureau of Investigation and have been so employed since 2008. I am currently assigned to the Detroit field office, assigned to the Violent Gang Task Force (VGTF) and charged with investigating gangs and narcotics trafficking. Prior to my present assignment, I was assigned to the Detroit field office where I investigated counterterrorism matters.

2.      I am submitting this affidavit in support of a criminal complaint alleging that COREY MILLS has violated Title 18, United States Code Section 922(g), "Felon in Possession of a Firearm". Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe the defendant committed the offense alleged in the complaint.

3.      This affidavit is based on my personal knowledge as well as information provided to me by other law enforcement officers and witnesses.

4.      On December 21, 2020, I received information that MILLS had possessed a handgun at a liquor store located on Chalmers Street in the city of Detroit, Michigan on December 1, 2020 and was arrested by Detroit Police Officers.

4.      The following is based on my conversations with the arresting officers, review of reports, and review of the body worn camera and in-car video footage from the

Detroit Police officers for the date of December 1, 2020.  At approximately 11:30 p.m., officers arrived at the liquor store and observed MILLS standing at the front counter. Officers observed a heavy object consistent with the shape of a handgun weighing down MILLS' front right jacket pocket.  As MILLS began walking toward the exit, officers asked MILLS about the weed in his pocket that they overheard him talking about.  MILLS attempted to exit the store with his right side pressed against the counter and told the officers he only had marijuana on his person.  The officers asked MILLS what was in his front right jacket pocket. MILLS appeared to avoid his front right jacket pocket by reaching into his front left jacket pocket and then into his right pants pocket. Officers again asked MILLS what was in his front right jacket pocket.  MILLS then reached his right hand in his front right jacket pocket as he walked past the officers and appeared to be gripping the object in his front right jacket pocket. Officers immediately detained MILLS' right hand while he had it in his front right jacket pocket. Officers could feel MILLS' right hand gripping a pistol. A black Glock 19, 9 millimeter pistol, serial number BRNR022, containing 15 live rounds was recovered from MILLS' front right jacket pocket. MILLS could not produce a valid CPL and stated to the officers that he is a convicted felon.

5.      MILLS has been previously convicted of 2 felonies:

- 2014: 3rd circuit court, Detroit for controlled substance-delivery/manufacture marijuana/synthetic equivalents.

- 2016: US District Court, Eastern District of Michigan for felon in possession of a firearm.  (Mills was recently released from prison for this offense and is currently on Supervised Release in the Eastern District of Michigan, a violation warrant is active against him for the same conduct).

6.      On January 05, 2020, based on information that I provided, Alcohol Tobacco and Firearms (ATF) Special Agent Michael Jacobs, an Interstate Nexus Expert, reviewed the history of the above-noted firearm and a preliminary examination indicates that the firearm was most likely manufactured outside the state of Michigan and thus, had traveled in interstate commerce.

7.      Based on my training, experience, and information provided in this affidavit, I believe that COREY MILLS violated Title 18, U.S.C. Section 922(g)(1).


Shaun Kahanec
Special Agent, FBI


Subscribed and sworn
before me this 6th day of January 2021


Honorable Curtis Ivy, Jr.
United States Magistrate Judge
Dated:      January 6, 2021

| | AUSA: | Andrew Picek | Telephone: (313) 226-9100 |
|---|---|---|---|
| AO 442 (Rev. 11/11) Arrest Warrant | Special Agent: | Shaun Kahanec, FBI | Telephone: (313) 426-3866 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America

v.

Corey Alexander Mills

Case No. 21-30004
Judge: Unassigned
Filed: January 6, 2021 at 1:02 pm
CMP USA v Mills (kcm)

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Corey Alexander Mills _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. 922 (g) (1) Felon in Possession of a Firearm

Date:  January 6, 2020 _____            _____
                                                *Issuing officer's signature*

City and state:  Detroit, Michigan _____        _____
                                                *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____            _____ *Arresting officer's signature* |
| _____ *Printed name and title* |

*Distribution: Original Court – 1copy U.S. Marshal – 2 copies USA*